FORREST PLANT JR., ESQ. – SBN 072266
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., MUSIC SALES CORP., SEA GAYLE MUSIC, LLC, TVT MUSIC ENTERPRISES, LLC, BLACK OWNED MUSIK, HITCO MUSIC PUBLISHING, LLC, dba HITCO SOUTH, SCOTT STORCH MUSIC and BEYONCE PUBLISHING, <br><br> Plaintiffs, <br><br> v. <br><br> TOMIGIRL, INC., and JAMES M. IGNATIEFF, JR., and KATHLEEN M. CIMA, <br><br> Defendants. | Case No. 2:09-CV-01360 <br><br> **STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

IT IS HEREBY STIPULATED by and between Plaintiffs EMI April Music Inc., Music Sales Corp., Sea Gayle Music, LLC, TVT Music Enterprises, LLC, Black Owned Musik, Hitco Music Publishing, LLC, dba Hitco South, Scott Storch Music and Beyonce Publishing, (hereinafter "Plaintiffs") and Tomigirl, Inc., James M. Ignatieff, Jr., and Kathleen M. Cima (hereinafter "Defendants") as follows:

---
Page 1
STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendants shall pay to the American Society of Composers, Authors and Publishers (ASCAP), on behalf of Plaintiffs, the sum of Ten Thousand Two Hundred Dollars ($10,200.00). Payment is to be made by an initial payment of Three Thousand Dollars ($3,000.00) concurrently with execution of this Agreement and twelve installment payments of Six Hundred Dollars ($600.00) each due on the first day of each month beginning July 1, 2009, until the full amount is paid.

2. This Stipulation is in settlement of all claims and causes of action by members of ASCAP against Defendants for willful infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted musical works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through the date this Stipulation is entered as an Order by the court. Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendants a current ASCAP General License Agreements for the Fairfield, California establishment known as Pepper Belly's. Defendants shall accept and execute said license agreement and comply with all terms and conditions of the license agreement. License fees due under the license agreement for all periods through December 31, 2009, are included in the settlement amount referred to in Paragraph 1 above; license fees for periods beginning January 1, 2010 shall be paid when due as provided for in the license agreement.

4. Failure of Defendants to make the payments as set forth in Paragraph 1 above will constitute a default of Defendants' obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

PDF created with pdfFactory trial version www.pdffactory.com

5. In the event of any default or other occurrence upon which judgment may be entered as set forth above, and upon seven days' written notice from ASCAP or the attorneys for Plaintiffs to Defendants' attorney, judgment shall be entered against Defendants in the amount of Thirteen Thousand Five Hundred Dollars ($13,500.00) less the amount of any payment made by Defendants pursuant to paragraph 1 above.

6. This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED**.

**Defendant:**

Dated: June 8, 2009.          TOMIGIRL, INC.

By: /s/ Kathleen M. Cima
    KATHLEEN M. CIMA

Dated: June 8, 2009           /s/ James M. Ignatieff, Jr.
                              JAMES M. IGNATIEFF, JR.

Dated: June 8, 2009           /s/ Kathleen M. Cima
                              KATHLEEN M. CIMA

**[Signatures continue on next page.]**

PDF created with pdfFactory trial version www.pdffactory.com

**Plaintiffs:**

EMI APRIL MUSIC, INC., *et al.* by their attorney-in-fact, American Society of Composers, Authors and Publishers

Dated: July 1, 2009

By: /s/ Richard H. Reimer
RICHARD H. REIMER
Senior Vice-President, Legal Services
American Society of Composers, Authors and Publishers

**APPROVED AS TO FORM:**

Dated: July 2, 2009

GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Forrest Plant, Jr.
FORREST PLANT, JR.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: July 6, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Page 4
STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com